UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Nancy Hudson Moll</u>

    v.                        Case No. 08-cv-234-SM

<u>Robert J. Fink</u>


<u>ORDER</u>

    Re: Document No. 39, Pro Se Defendant's Motion for Postponement of Pre-Trial Conference

    Ruling: Denied - notice was provided on August 26, 2008; defendant was provided a courtesy <u>reminder</u> by the deputy clerk recently. The court notes that defendant has not filed pretrial materials as required by rule. Failure to appear as required risks entry of default judgment.

                                     _____
                                     Steven J. McAuliffe
                                     Chief Judge

Date: September 3, 2009

cc:   James H. Schulte, Esq.
      Paul McEachern, Esq.
      Robert Murphy, Jr., Esq.
      Robert J. Fink, pro se